UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHIRLEY CARHEE, | § |
|     Plaintiff, | § |
| v. | §    Crim No. 4:08-cv-1781 |
| SCHLUMBERGER LIMITED, SCHLUMBERGER TECHNOLOGY, AND SUJITH TENKODMANE, | § |
|     Defendant. | § |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiff's Motion to Quash Notice of Production of Documents to Macy's, Inc., and Plaintiff's Motion for Preliminary Discovery Order.

The Court finds that Plaintiff's Motion for Preliminary Discovery Order, Doc. No. 12, should be **DENIED**.

Because the parties have submitted a joint scheduling order, the initial conference set for September 4, 2008 will be cancelled. This renders much of Plaintiff's Motion to Quash moot. However, the Court orders Defendants to respond in writing to Plaintiff's allegation that Defendant's request for production is unnecessarily broad because it encompasses all records and because Plaintiff's employment with Macy's occurred more than fifteen years ago and is not relevant to this case. Defendants shall have until September 12, 2008 to file their written response.

**IT IS SO ORDERED.**

SIGNED at Houston, Texas, on this the 3rd day of September, 2008.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE